**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 297 EAL 2014
:
             Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.                 :
:
:
:
KEITH SMITH,            :
:
             Petitioner    :


## **ORDER**


**PER CURIAM**

     **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.